UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CHAN JAGO JOHN,

Petitioner,

v.

CURTIS J. ALJETS,
District Director of the Immigration and Naturalization Service,

Respondent.

Civil No. 01-57 (DSD/JMM)

ORDER

Petitioner has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, claiming that the U.S. Immigration and Naturalization Service (INS) is causing him to be unlawfully held in custody at the Minnesota Correctional Facility in Rush City, Minnesota.

The Respondent will be directed to make a return in writing on or before February 9, 2001, certifying the legality of Petitioner's detention, and showing cause why the writ should not be granted.

The return shall be filed with the Court and shall include:

1) Such affidavits and exhibits as are needed to show why Petitioner should not be granted the relief he is seeking in his petition;

2) A reasoned memorandum of law and fact fully stating Respondent's legal position on the claims presented in the petition and accompanying memorandum, as well as Respondent's recommendation as to the need for this Court to conduct an evidentiary hearing on the merits of the petition in the light of statutory requirements and other pertinent authority;

FILED JAN 16 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

3) Certified copies of all court documents, administrative records and/or prison records that may be material to the issues raised by the petition.

The Court will entertain a motion to grant the relief requested in the Petition if a written response is not filed by February 9, 2001, as required by this Order.

Dated: January 12 2001

JOHN M. MASON
United States Magistrate Judge