COPY

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-57 DSD/JMM

| | | |
|---|---|---|
| CHAN JAGO JOHN,<br><br>Petitioner,<br><br>v.<br><br>CURTIS J. ALJETS, DISTRICT DIRECTOR OF THE IMMIGRATION AND NATURALIZATION SERVICE,<br><br>Respondent. | ) | **O R D E R** |

This matter came before the Court on the Motion For Extension of Time by the Respondent, and no hearing thereon being necessary, it is hereby

ORDERED that the time within which the Respondent has to respond to the petition is extended to and including March 14, 2001. No further extensions will be granted.

Dated: 1/31/01

JOHN M. MASON
United States Magistrate Judge

FILED JAN 31 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK