UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CHAN JAGO JOHN, CIVIL NO. 01-57 (DSD/JMM)

Petitioner,

v. ORDER

CURTIS J. ALJETS, District Director of the Immigration and Naturalization Service,

Respondent.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge John M. Mason dated July 25, 2001. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, the Court does not rule on the legality of Petitioner's detention or the merits of his Petition at this time, but concludes that remand is required. Therefore,

IT IS HEREBY ORDERED that the matter shall be remanded to Respondent for prompt consideration under the standard set forth in Zadvydas v. Davis, – S.Ct. –, 2001 WL 720662 (June 28, 2001).

Dated: 8/14/01

DAVID S. DOTY
United States District Court Judge

FILED 8-14-01
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______